Commonwealth *v.* Hilliard et al., Appellants.

Argued October 10, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused February 17, 1969.

*Lee C. McCandless,* with him *Charles T. Chew,* for appellants.

*Robert J. Stock,* Special Counsel, with him *Benjamin B. Solomon,* Assistant Attorney General, *Raymond C. Miller,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, January 15, 1969:
Orders affirmed.

Mr. Justice MUSMANNO did not participate in the decision of this case.